UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE H. BUNZENDAHL,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. C14-5502-JCC-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 19.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall hold a *de novo* hearing and issue a new decision. The ALJ shall update the medical evidence of record; give further consideration to the claimant's obesity pursuant to SSR 02-1p; give further consideration to the claimant's maximum residual

REPORT AND RECOMMENDATION
PAGE - 1

1  functional capacity; address the claimant's use of a cane; further evaluate the medical opinion
2  evidence; and, at step five, obtain supplemental evidence from a vocational expert.
3      Upon proper application, the Court will consider whether reasonable attorney's fees and
4  costs should be awarded pursuant to 28 U.S.C. § 2412(d).
5      Because the parties have stipulated that the case be remanded as set forth above, the
6  Court recommends that United States District Judge John C. Coughenour immediately approve
7  this Report and Recommendation. The Clerk should note the matter for **November 24, 2014** as
8  ready for Judge Coughenour's consideration. A proposed order accompanies this Report and
9  Recommendation.
10     DATED this 24th day of November, 2014.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2